UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

　　　　　Plaintiff,

　　　v.

PAUL R. KRAUS, et al.,

　　　　　Defendants.

Case No. 19-cv-04325-PJH

**ORDER OF TRANSFER**

Re: Dkt. No. 3

　　　　This is a civil rights case brought pro se by a state prisoner.  The acts complained of occurred at California Men's Facility which lies within the venue of the United States District Court for the Eastern District of California.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).[1]

　　　　This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not rule upon plaintiff's motion to proceed in forma pauperis (Docket No. 3) which is **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: August 29, 2019

PHYLLIS J. HAMILTON
United States District Judge

---

[1] While one defendant is in this district, that defendant is an attorney for the California Department of Corrections and Rehabilitation and the acts occurred in the Eastern District where the other defendants are located.