1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND ALFORD BRADFORD,              No.  2:19-cv-1753 KJM DB P

12              Plaintiff,

13         v.                               ORDER

14    PAUL R. KRAUS, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 23, 2020, the magistrate judge filed findings and recommendations, which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  (ECF No. 10.)  Plaintiff has filed

23    objections to the findings and recommendations.  (ECF No. 11.)

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26    findings and recommendations to be supported by the record and by the proper analysis.

27    /////

28    /////

                                               1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2020, are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff is ordered to submit the $400.00 filing fee in order to proceed with this action; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  February 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE