UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:19-cv-1753 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| PAUL R. KRAUS, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 2, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Plaintiff has not filed objections to the findings and recommendations. Plaintiff has filed a notice of change of address (ECF No. 15), a request for copies (ECF No. 16), and a request for status (ECF No. 17).

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1 . . . ."). Having reviewed the file, the court finds the findings and recommendations to be
2 supported by the record and by the proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The findings and recommendations filed April 2, 2020, are adopted in full;
5        2. This action is dismissed without prejudice; and
6        3. The clerk of court close this case.
7 DATED: August 17, 2020.

                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE